UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ERICA THORNTON,

          Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

_____

NO.  CV-09-138-CI

**JUDGMENT IN A
  CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

DATED: May 12, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk